In the Matter of the Claim of FRANCES DINGFELDT, Respondent, against ALBEE GODFREY WHALE CREEK COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 4, 1937; decided January 12, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 623.)

In the Matter of ALBERT F. GLASSMAN, Respondent, against ARTHUR G. FRIES, as County Auditor of Erie County, Appellant, Impleaded with Another.

Submitted January 4, 1937; decided January 12, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 116.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM WOLFE, Appellant.

Submitted January 4, 1937; decided January 12, 1937.

Motion for reargument denied. The judgment affirmed the conviction of illegal parking in violation of article 2, section 4 (a), subdivision 15, of the New York City Zoning Resolution. (See 272 N. Y. 608.)